1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   YOUNG YIL JO,                          CASE NO. 1:08-cv-0005-LJO-DLB PC
                                           ORDER DISMISSING ACTION, WITH
10                      Plaintiff,         PREJUDICE

11           v.                            (Doc. 1)

12   SIX UNKNOWN NAMES AGENTS, et al.,

13                      Defendants.
                                        /
14

15          Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at the Federal Correctional

16   Institution in Greenville, Illinois.  To date, plaintiff has filed more than seventy-five civil cases in

17   this district.  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.  The

18   instant complaint is duplicative of at least six previous complaints filed this year.[1]  There is no good

19   faith basis for the filing of duplicative actions.  In addition, the complaint itself fails to state any

20   cognizable claims under federal law, as it is rambling and nonsensical.

21          This action is HEREBY DISMISSED, WITH PREJUDICE.

22

23   IT IS SO ORDERED.

24   **Dated:    January 16, 2008              /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
25

26
     _____

27          [1] The Court takes judicial notice of case numbers 1:07-cv-00075-LJO-DLB PC Jo v. Six Unknown Names
     Agents, 1:07-cv-00159-AWI-SMS PC Jo v. Six Unknown Names Agents, 1:07-cv-00315-LJO-NEW (DLB) PC Jo v.
28   Six Unknown Names Agents; 1:07-cv-00402-AWI-SMS PC Jo v. Six Unknown Names Agents; 1:07-cv-00476-
     OWW-SMS PC Jo v. Six Unknown Names Agents; and 1:07-cv-00848-OWW-NEW (DLB) PC Jo v. Six Unknown
     Names Agents.

1